```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 26891
   THOMAS N MARTINEZ
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7921

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/07/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------

A 1 PAYDAY LOANS         UNSECURED            578.00         .00           .00
CAPITAL ONE AUTO FINANCE SECURED NOT I       9829.09         .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED         NOT FILED         .00           .00
PAYDAY LOAN              UNSECURED         NOT FILED         .00           .00
AMERICASH LOANS LLC      UNSECURED           1640.16         .00           .00
MIY DIRECT               UNSECURED         NOT FILED         .00           .00
SONIC PAYDAY             UNSECURED         NOT FILED         .00           .00
UNITED CASH LOAN         UNSECURED         NOT FILED         .00           .00
PAYCHECK TODAY           UNSECURED         NOT FILED         .00           .00
ONE CLICK CASH           UNSECURED         NOT FILED         .00           .00
QUICK 911 CASH           UNSECURED         NOT FILED         .00           .00
AT & T BANKRUPCTY        UNSECURED         NOT FILED         .00           .00
AMERICREDIT FINANCIAL SV UNSECURED            587.79         .00           .00
PREMIER BANKCARD         UNSECURED            387.37         .00           .00
MORRISON & MIX           DEBTOR ATTY            .00                        .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       --------------     --------------
TOTALS                       .00                .00



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26891 THOMAS N MARTINEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/18/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE